# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>Renee Baker, et al.,<br><br>    Respondents | 2:16-cv-00645-JAD-VCF<br><br>**Order Granting Application to Proceed** ***In Forma Pauperis*** **and Appointing Counsel**<br><br>[ECF 5, 6] |

Nevada state prisoner James Chappell brings this § 2254 petition to challenge his state court conviction and resultant death sentence.[1] Chappell has also submitted an application to proceed *in forma pauperis*[2] and a motion for appointment of counsel.[3]

Chappell's IFP application shows that he lacks the resources necessary to hire counsel to pursue his petition, so under 18 USC § 3599 and in the interests of justice, I appoint the Federal Public Defender for the District of Nevada (FPD) to represent him. If the FPD is unable to represent Chappell, alternate counsel will be appointed. I have also screened Chappell's petition under Rule 4 of the rules governing § 2254 cases, find that it does not appear form the face of his petition that relief is unavailable, and direct the Clerk of Court to serve the petition on respondents.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that petitioner's Application to Proceed *in Forma Pauperis* **[ECF 5]** and Motion for Appointment of Counsel **[ECF 6] are GRANTED**.

IT IS FURTHER ORDERED that the Federal Public Defender for the District of Nevada is appointed to represent petitioner. The Federal Public Defender must file a notice of appearance as counsel for petitioner or file a notice indicating its inability to represent petitioner in these

---

[1] ECF 1.

[2] ECF 5.

[3] ECF 6.

proceedings by **May 4, 2016.**

  The Clerk of Court is instructed to electronically serve a copy of this order on Brad Levenson, at the office of the Federal Public Defender for the District of Nevada and to add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

  The Clerk of the Court is further instructed to electronically serve respondents with a copy of Chappell's petition and a copy of this order.  Respondents' counsel must enter a notice of appearance by **May 4, 2016**, but need not take any further action in this case until ordered to do so.

  Dated this 4th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge