UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>Renee Baker, et al.,<br><br>    Respondents | 2:16-cv-00645-JAD-VCF<br><br>**Order Granting Motion to Partially Waive Requirements of Local Rule IA 10-3(e)**<br><br>[ECF No. 16] |

Nevada state prisoner James Chappell brings this § 2254 action to challenge his state-court conviction and resultant death sentence. On April 13, 2016, I appointed the Federal Public Defender to represent Chappell in this action and gave Chappell until June 13, 2016, to file an amended petition.[1] Chappell now moves to waive Local Rule IA 10-3(e)'s requirement that each exhibit include a cover page containing a description of that exhibit.[2]

Local Rule IA 1-4 states that the court may waive any provision of the local rules if the interests of justice so require. Chappell's counsel represents that adding descriptors to the cover pages of all exhibits in this case will unduly burden the public defender's office,[3] and that, in lieu of these descriptors, counsel will provide an index of exhibits and exhibit cover sheets referencing each exhibit by letter. In light of the anticipated number of exhibits in this capital habeas action, I find that there is good cause for the requested waiver, so I grant the requested partial waiver of Local Rule IA 10-3(e) for all parties.

---

[1] ECF No. 11.

[2] ECF No. 16; L.R. IA 10-3(e).

[3] ECF No. 16 at 2.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that **Chappell's motion to partially waive Local Rule IA 10-3(e) [ECF No. 16] is GRANTED**. Neither party is required to include a cover page for each exhibit containing a description of that exhibit. Instead, the parties must each include an index of exhibits and exhibit cover sheets referencing each exhibit by number of letter.

Dated this 10th day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge