**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James Chappell,<br><br>     Petitioner<br><br>v.<br><br>Renee Baker, et al.,<br><br>     Respondents | **2:16-cv-00645-JAD-VCF**<br><br>**Order Granting Motion for Extension<br>of Time (First Request)**<br><br>[ECF No. 20] |

Nevada state prisoner James Chappell, who is represented by the Federal Public Defender, requests a 65-day extension of time to file an amended habeas petition.  Counsel represents that this extension is necessary because of the nature of this capital habeas case, and that she needs additional time to conduct investigation and gather the record and due to her other personal and professional obligations.  This is Chappell's first request for an extension of this deadline, and respondents do not oppose the extension.  I find that Chappell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

Accordingly, IT IS HEREBY ORDERED that **Chappell's motion for extension of time [ECF No. 20] is GRANTED.  Petitioner must file his amended petition (or notify the court of his decision not to do so) by August 17, 2016.**  No other deadlines are altered by this order; the April 13, 2016, scheduling order [ECF No. 11] remains in effect in all other respects.

Dated this 14th day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge

Page 1 of 1