# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>Timothy Filson, et al.,<br><br>    Respondents | 2:16-cv-00645-JAD-VCF<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 24] |

    In this capital habeas action, petitioner James Chappell, who is represented by the Federal Public Defender's Office, filed an amended petition on August 17, 2016.[1] Respondents' response to the amended petition is due October 19, 2016,[2] and Chappell has filed a motion to stay this case while he returns to state court to exhaust certain claims.[3] Respondents now move for an extension of time, requesting that their response deadline to the amended petition be suspended until after resolution of Chappell's motion to stay. I find that respondents' motion is made in good faith and not for purpose of delay and that, in the interests of judicial economy, there is good cause to grant the motion. Accordingly,

    IT IS HEREBY ORDERED that **respondents' motion for enlargement of time [ECF No. 32] is GRANTED.** The deadline for respondents' response to the amended petition [ECF No. 24] is suspended. I will reset the deadline, if necessary, after I resolve Chappell's motion for stay.

---

[1] ECF No. 24.

[2] ECF No. 11.

[3] ECF No. 29.

1   IT IS FURTHER ORDERED that, under FRCP 25(d), the Clerk of Court is instructed to substitute Timothy Filson for Renee Baker as the respondent warden in this case and update the caption of this action to reflect this change.

Dated this 19th day of September, 2016

_____
Jennifer A. Dorsey
United States District Judge