# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

James Chappell,

    Petitioner

v.

William Gittere,[1] et al.,

    Defendants

Case No.: 2:16-cv-00645-JAD-VCF

**Order Granting Motion to Extend Time**

[ECF No. 59]

Petitioner James Chappell moves to extend time to file his second amended petition for a writ of habeas corpus.[2]  The court finds that petitioner's request is made in good faith and not solely for the purpose of delay.  So, with good cause appearing, IT IS ORDERED that petitioner's motion to extend time **[ECF No. 59] is GRANTED**.  The second amended petition is due **April 7, 2023**.  In all other respects, the schedule set forth in the court's order of December 20, 2022,[3] remains in effect.

Dated: February 17, 2023

                                                    _____
                                                    Jennifer A. Dorsey
                                                    United States District Judge

---

[1] Petitioner's current custodian, William Gittere, is substituted for William Reubart as the primary respondent in this case.  *See* Fed. R. Civ. P. 25(d).

[2] ECF No. 59.

[3] ECF No. 58.