UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>    Defendants | Case No.: 2:16-cv-00645-JAD-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 74] |

Respondents move to extend time to file their response to the second amended petition for a writ of habeas corpus in this case.[1] I find that respondents' motion is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel states that petitioner's counsel does not oppose the motion. So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time **[ECF No. 74] is GRANTED**. Respondents have until **March 4, 2024**, to file their response to the second amended petition. In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

Dated: December 12, 2023

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 74.
[2] ECF No. 58.