UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>    Defendants | Case No.: 2:16-cv-00645-JAD-MDC<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 104] |

    Petitioner moves to extend time to file his opposition to the respondents' motion to dismiss.[1] I find that the motion is made in good faith and not solely for the purpose of delay. In addition, petitioner's counsel states that respondents' counsel does not oppose the motion. So, with good cause appearing, IT IS ORDERED that petitioner's motion to extend time **[ECF No. 104] is GRANTED. Petitioner's response to respondents' motion to dismiss (ECF No. 96) is due on or before December 18, 2024**. In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

    Dated: October 30, 2024

                                                                           _____
                                                                        Jennifer A. Dorsey
                                                                        United States District Judge

---

[1] ECF No. 104.

[2] ECF No. 58.