# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>　　　Petitioner<br><br>v.<br><br>Jeremy Bean,[1] et al.,<br><br>　　　Defendants | Case No.: 2:16-cv-00645-JAD-MDC<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 106] |

Petitioner moves to extend time to file his opposition to the respondents' motion to dismiss.[2] I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that petitioner's motion to extend time **[ECF No. 106] is GRANTED. Petitioner's response to respondents' motion to dismiss (ECF No. 96) is due on or before February 3, 2025**. In all other respects, the schedule set forth in the court's order of December 20, 2022,[3] remains in effect.

　　　Dated: December 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Because Mr. Chappell has been transferred to High Desert State Prison, the warden of that facility, Jeremy Bean, is automatically substituted for William Gittere. *See* Fed. R. Civ. Pro. 25(d).

[2] ECF No. 106.

[3] ECF No. 58.