UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>    Defendants | Case No.: 2:16-cv-00645-JAD-MDC<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 115] |

Respondents move to extend time to file their reply in support of their motion to dismiss.[1] I find that the motion is made in good faith and not solely for the purpose of delay. I also note that respondents' counsel indicates that opposing counsel does not object to the requested extension. So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time **[ECF No. 115] is GRANTED. Respondents' reply in support of their motion to motion to dismiss (ECF No. 96) is due by June 2, 2025**. In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

Dated: March 28, 2025

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 115.
[2] ECF No. 58.