**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James Chappell,<br><br>  Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>  Defendants | Case No.: 2:16-cv-00645-JAD-MDC<br><br>**Order Granting, In Part, Motion for Extension of Time**<br><br>[ECF No. 117] |

Respondents move to extend time to file their reply in support of their motion to dismiss and their responses to the petitioner's motions for an evidentiary hearing and for discovery.[1] I find that respondents' motion is made in good faith and not solely for the purpose of delay. I also note that respondents' counsel indicates that opposing counsel does not object to the requested extension. I am concerned, however, with the length of time the underlying motions have remained pending on the docket. So, rather than grant a 90-day extension as respondents request, I will grant a 60-day extension.

IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 117] is GRANTED, in part**. **Respondents' reply in support of their motion to motion to dismiss (ECF No. 96) and their responses to petitioner's motions for evidentiary hearing (ECF No. 110) and for discovery (ECF No. 111) are due on or before August 1, 2025**.

\ \ \

\ \ \

\ \ \

---

[1] ECF No. 117.

IT IS FURTHER ORDERED that no further extensions will be granted in the absence of extraordinary circumstances. In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

Dated: June 4, 2025

_____
Jennifer A. Dorsey
United States District Judge

---

[2] ECF No. 58.