# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Chappell,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>    Respondents | Case No.: 2:16-cv-00645-JAD-MDC<br><br>**Order Denying Motions for Extension of Time**<br><br>[ECF Nos. 121, 122] |

    For the fourth and fifth time, respondents move to extend time to file their reply in support of their motion to dismiss and their responses to the petitioner's motions for an evidentiary hearing and for discovery.[1]  When I granted respondents' second extension two months ago, I ordered that no further extensions would be granted in the absence of extraordinary circumstances.[2]  Respondents then requested a third extension.[3]  I granted that extension, but given that they had already been provided six months to file the reply and responses at issue, I ordered that it would be the last extension.[4]

    Citing medical issues, respondents' counsel asks that her deadline be extended another 17 days.  While the court is sympathetic to counsel's condition, I am not willing to vacate my prior order.  Counsel is not a sole practitioner but rather part of a team of attorneys at the State of Nevada's Attorney General's Office.  It is the responsibility of that office and its management to ensure that case responsibilities are assigned and completed in a way that permits cases to be

---

[1] ECF Nos. 121, 122.
[2] ECF No. 118.
[3] ECF No. 119.
[4] ECF No. 120.

litigated efficiently and without multiple deadline extensions. Respondents' briefs were originally due more than six months ago, so the deadline has already been substantially and repeatedly extended. Certainly, the Office of the Attorney General must have additional attorneys who could have assisted to complete this briefing by last Friday's thrice-extended deadline, particularly when this court made it clear in its last order that this deadline would not be extended a fourth time.

IT IS THEREFORE ORDERED that respondents' motions to extend time **[ECF Nos. 121/122] are DENIED**. Respondents' motion to dismiss (ECF No. 96) and petitioner's motions for evidentiary hearing (ECF No. 110) and for discovery (ECF No. 111) stand submitted to the court for decision.

Dated: August 12, 2025

_____
Jennifer A. Dorsey
United States District Judge