# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

James Chappell,

      Petitioner

v.

Jeremy Bean, et al.,

      Defendants

Case No.:  2:16-cv-00645-JAD-MDC

**Order Granting Motion for Extension of Time**

[ECF No. 126]

Respondents move to extend time to file their answer in response to the remaining claims in the petitioner's second amended habeas petition.[1]  I find that respondents' motion is made in good faith and not solely for the purpose of delay.  I also note that respondents' counsel indicates that opposing counsel does not object to the requested extension.  So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time **[ECF No. 126] is GRANTED**. **Respondents' answer in response to the remaining claims in the petitioner's second amended habeas petition (ECF No. 64) is due on or before March 27, 2026**.  In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

Dated: January 27, 2026

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 126.

[2] ECF No. 58.