# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

James Chappell,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:16-cv-00645-JAD-MDC

**Order Granting Motion for Extension of Time**

[ECF No. 131]

Respondents move to extend time to file their answer in response to the remaining claims in the petitioner's second amended habeas petition.[1] I find that respondents' motion is made in good faith and not solely for the purpose of delay. I also note that respondents' counsel indicates that opposing counsel does not object to the requested extension. So, with good cause appearing,

IT IS ORDERED that respondents' motion to extend time **[ECF No. 131] is GRANTED. Respondents' answer in response to the remaining claims in the petitioner's second amended habeas petition (ECF No. 64) is due by July 10, 2026**. In all other respects, the schedule set forth in the court's order of December 20, 2022,[2] remains in effect.

_____

U.S. District Judge Jennifer A. Dorsey
May 27, 2026

---

[1] ECF No. 131.
[2] ECF No. 58.