**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

James Chappell,

Petitioner

v.

Jeremy Bean, et al.,

Respondents

Case No: 2:16-cv-00645-JAD-MDC

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 137]

The respondents move to extend time to file their answer in response to the remaining claims in the petitioner's second amended habeas petition.[1] The respondents' counsel indicates the petitioner's counsel does not object to the requested extension. I find that the respondents' motion is made in good faith and not solely for the purpose of delay.[2] So, with good cause appearing,

IT IS ORDERED that the respondents' motion to extend time **[ECF No. 137] is GRANTED. The respondents' answer in response to the remaining claims in the petitioner's second amended habeas petition (ECF No. 64) is due by November 6, 2026.** In all other respects, the schedule set forth in the order of December 20, 2022,[3] remains in effect.

U.S. District Judge Jennifer A. Dorsey
September 24, 2026

[1] ECF No. 137.

[2] *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

[3] ECF No. 58.